# Exhibit 5

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER

| | |
|---|---|
| MARTHA BAROTZ 2006-1 INSURANCE TRUST, | |
| Plaintiff, | INDEX NO. 53912/2020 |
| v. | NOTICE OF REMOVAL |
| PETER BAROTZ, as Executor of the Estate of Martha Barotz, | |
| Defendant. | |

**NOTICE OF FILING OF NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

TO: Clerk of Supreme Court
Supreme Court of the State of New York
County of Westchester
111 Dr. Martin Luther King Jr. Blvd
White Plains, NY 10601

**PLEASE TAKE NOTICE** that, on this date, Defendant/Petitioner, Peter Barotz, in his capacity as Executor of the Estate of Martha Barotz ("Defendant") filed a Notice of Removal, a copy of which is annexed hereto, removing the above-captioned action from the Supreme Court of the State of New York, County of Westchester, to the United States District Court for the Southern District of New York, White Plains Divison.

**PLEASE TAKE FURTHER NOTICE** that Defendant, upon filing the Notice of Removal in the office of the Clerk of the United States District Court for the Southern District of New York, hereby files a copy thereof with the Chief Clerk of the Supreme Court of the State of New York, County of Westchester to effect removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. Because Defendant has filed such Notice of Removal, the Supreme Court of the State of New York, County of Westchester, may not proceed further with the above-captioned case.

LEGAL\45519994\1

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | COZEN O'CONNOR, P.C. |
| Date: March 27, 2020 | *[signature]* |
|  | Matthew L. Elkin |
|  | 45 Broadway, 16th Floor |
|  | New York, NY 10006 |
|  | Tel. 212-453-3786 |

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2020, I caused a true and correct copy of the foregoing Notice of Filing of Notice of Removal to be filed and served on all counsel of record via the NYS Courts Electronic Filing system.

                                          Matthew L. Elkin